WILFRED ZEHR, Appellant, v. GRETA A. ZEHR, Respondent.—

Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

JOHN BONGIOVANNI, Appellant, v. JOSEPH LEONE et al., Respondents.—

Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

In the Matter of IRVING MANDELCORN, Appellant, against HENRY E. BRUCK-MAN et al., Constituting the State Liquor Authority of the State of New York, Respondents.—

Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.